FILED
10/26/2015 3:51:53 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2012-CI-14567

| | | |
|---|---|---|
| LEGACY TRAILS CELL – 2 HOMEOWNERS ASSOCATION, INC., | § § § § | IN THE DISTRICT COURT |
| Plaintiff | § § | |
| VS. | § § | 45TH JUDICIAL DISTRICT |
| | § § § | |
| VERDA ANN CALDWELL, | § § | BEXAR COUNTY, TEXAS |
| Defendant | § § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/27/2015 8:35:22 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, VERDA ANN CALDWELL, by and through her attorney of record, Edward L. Bravenec and files this, her Notice of Appeal.

Edward Bravenec hereby Appeals the order of Trial Court signed on the 25th day of September, 2015, Pursuant to statue this appeal is to the 4th Court if Appeals.

Respectfully submitted,

Edward L. Bravenec
Attorney for Plaintiff
McKnight & Bravenec
405 South
San Antonio, TX 78205
(210) 223-4080
SBN: 24012329

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served via fax to the following counsel on this 26th day of October, 2015:

Tom Newton, Jr.: 210-738-8036
Mark B. Rabe: 713-840-9404

Edward L. Bravenec